# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHELLY SEBASTIAN

VERSUS

LOUISIANA STATE POLICE
RETIREMENT SYSTEM, KIM GANN
AND IRVING FELPS

NO.  2021 CW 1388

**JANUARY 31, 2022**

---

In Re:    Louisiana State Police Retirement System, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 697,794.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** We note that while the district court impermissibly rendered a partial judgment on the exception of no cause of action, no review was sought of the portion of that judgment which partially granted the exception of no cause of action.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT